Mark Gomez, Esq. (SBN 289164)
Susan Murphy Esq. (SBN 185335)
GOMEZ & SIMONE, APLC
3055 Wilshire Blvd., Suite 550
Los Angeles, CA 90010
T (855) 219-3333/ F (818) 574-6730
sm@gomezsimonelaw.com
info@gomezsimonelaw.com

Attorney for Plaintiff,
AMALIA NECER

# UNITED STATES DISTRICT COURT OF CALIFORNIA
## FOR THE EASTERN DISTRICT

| | |
|---|---|
| AMALIA NECER, *an individual* <br><br> Plaintiff, <br><br> vs. <br><br> PHH MORTGAGE CORPORATION, a corporation; WESTERN PROGRESSIVE LLC, a corporation; and DOES 1 through 20, Inclusive; <br><br> Defendants. | Case No: <br><br> **PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** <br><br> **JUDGE:** <br> **COURT RM:** <br> **COMP FILED:** <br> **HEARING DATE:** |

TO DEFENDANTS PHH Mortgage Corporation (PHH) and Trustee Western Progressive LLC (WESTERN PROGRESSIVE) PLEASE TAKE NOTICE that on _____ or as soon thereafter as counsel may be heard in Courtroom _____ of the _____ floor of the United States District Courthouse located at 510 19th Street, Room #150 Bakersfield, California 93301,

Plaintiff will seek ex parte for a temporary restraining order (TRO) and/ or preliminary injunction to prevent any further action to sell or transact Plaintiff's real property at issue in this complaint which is ***13608 Providence Place, Bakersfield California 93314 (Providence Place)*** which was sold by Wrongful Foreclosure Sale occurring on November 24, 2021. (Decl. Atty. Murphy ¶2.) Plaintiff makes this Motion pursuant to Fed. R. Civ. Proc. 65(b) and Rules 142, 151, 144, 230 & 231 of the Civil Local Rules.

    A foreclosure sale of the ***Providence Place*** property took place on November 24, 2021, and Plaintiff seeks a TRO and/ or preliminary injunction enjoining Defendants and their successors, agents, officers, servants, employees, attorneys, and/ or representatives from transferring title or taking any further action in reliance on this sale until a hearing on a permanent injunction can be held. (Atty. Murphy Decl. ¶s 1-2.)  This Motion is made on the ground that Plaintiff had completed the payments on her Trial Payment Plan (TPP) and was tricked into foreclosure by a method known as "dual-tracking." (Atty. Murphy Decl. ¶5.)

    Further, Plaintiff will suffer irreparable damage by the loss of her family home and her equity since Providence Place was sold at foreclosure sale for $456,713.31 which was just over the debt of $454,464.15 even though the value of the property (according to Zillow) is approximately $613,500.00. (Atty. Murphy Decl. ¶s 2-5; Exhibit 1 [Notice of Trustee's Sale].)  Plaintiff's family who all live with her in Providence Place will also suffer irreparable harm including her 19-

year-old son in his first year of college, her 79-year-old father recovering from a stroke last November, and Plaintiff herself who had to be rushed to the emergency room on Sunday November 29, 2022, with chest pains. (Atty. Murph Decl. ¶8.) Meanwhile, Defendants will suffer no economic loss except for minor transactional expenses since Plaintiff has maintained equity in the Providence Place property and Defendants can easily reverse the sale.

**OPPOSING COUNSEL**

1) For Defendant PHH Mortgage Corporation
    a. Agent for service: Corporation Service Company dba CSC Lawyers Incorporating Service telephone no. 888-690-2882
    b. Defendant PHH General Fax # **856-917-8300**

2) For Defendant Western Progressive LLC
    a. Agent for service: Corporation Service Company dba CSC Lawyers Incorporating Service telephone no. 888-690-2882
    a. Defendant Western Progressive LLC General Fax # **866-960-8298**.

Dated:  December 6, 2021

GOMEZ & SIMONE,
A Professional Law Corporation

By: _____
Susan M. Murphy.
Attorney for Plaintiff,
AMALIA NECER