UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA NECER,<br><br>         Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>         Defendants. | Case No.  1:21-cv-01730 NONE JLT<br><br>**ORDER GRANTING IN STIPULATION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR JOINT STATUS REPORT**<br><br>**(Docs. 2, 9)** |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. The request to withdraw the motion for temporary restraining order (Doc. 2) is **GRANTED**;

2. **No later than December 29, 2021**, the parties SHALL file a joint report detailing the status of the recission of the foreclosure sale and whether the matter will be ready for scheduling on February 24, 2022, as currently set. If, after reviewing the report it appears a status conference is needed, the Court will set one at that time.

IT IS SO ORDERED.

   Dated:   **December 10, 2021**                    _ **/s/ Jennifer L. Thurston**
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE