WRIGHT, FINLAY & ZAK, LLP
Lukasz I. Wozniak, SBN 246329
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
PHH MORTGAGE CORPORATION and WESTERN PROGRESSIVE LLC

# UNITED STATES DISCTRICT COURT OF CALIFORNIA
# FOR THE EASTERN DISTRICT

| | |
|---|---|
| AMALIA NECER, *an individual*<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a corporation; WESTERN PROGRESSIVE LLC, a corporation; and DOES 1 through 20, Inclusive;<br><br>Defendants. | Case No.: 1:21-cv-01730-JLT-BAK (BAM)<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

The deadline for defendants PHH MORTGAGE CORPORATION AND WESTERN PROGRESSIVE LLC's ("Defendants") to file their response(s) to the

Complaint of plaintiff AMALIA NECER ("Plaintiff") is extended to January 19, 2022.

IT IS SO ORDERED.

Dated: __**January 18, 2022**__          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE