UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA NECER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>PHH MORTGAGE CORPORATION, a corporation; WESTERN PROGRESSIVE LLC, a corporation; and DOES 1 through 20, Inclusive,<br><br>  Defendants. | Case No.  1:21-cv-01730-JLT-BAK (BAM)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 23) |

Currently pending before the Court is the parties' stipulation to continue the hearing date on Defendants' Motion to Dismiss and the Mandatory Scheduling Conference. (Doc. 23.) The parties explain that they are continuing to discuss the matter and are actively attempting to settle the case without the need to incur further and additional attorneys' fees. In light of their efforts to effectuate settlement, the parties stipulate and request an order that both the Scheduling Conference and the hearing for Defendants' Motion to Dismiss be continued by 90 days and that the dates for filing the Joint Scheduling Report and any reply brief in support of Defendants' Motion to Dismiss be continued accordingly. (*Id.* at 2-3.)

///

1

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint request to continue the Scheduling Conference and the hearing date on Defendants' Motion to Dismiss is GRANTED;

2. The hearing date on Defendants' Motion to Dismiss currently set on 3/1/2022 is CONTINUED to **May 30, 2022**, and Defendants' reply, if any, in support of the Motion to Dismiss shall be filed on or before May 23, 2022; and

3. Due to the pending motion to dismiss, the Scheduling Conference currently set on 2/24/2022 is CONTINUED to **August 18, 2022, at 9:00 AM** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated: **February 16, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE