WRIGHT, FINLAY & ZAK, LLP
Lukasz I. Wozniak, SBN 246329
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
PHH MORTGAGE CORPORATION and WESTERN PROGRESSIVE, LLC

# UNITED STATES DISCTRICT COURT OF CALIFORNIA
# FOR THE EASTERN DISTRICT

| | |
|---|---|
| AMALIA NECER, *an individual*<br><br>                         Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a corporation; WESTERN PROGRESSIVE LLC, a corporation; and DOES 1 through 20, Inclusive;<br><br>                         Defendants. | Case No.:<br>**1:21−CV−01730−JLT−BAK (BAM)**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINITFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br><br>DATE:     May 30, 2022<br>TIME:     9:30 a.m.<br>CTRM:    4, 7th Floor |

**TO THE HONORABLE COURT, TO PLAINTIFF, AND TO HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants PHH MORTGAGE CORPORATION and WESTERN PROGRESSIVE, LLC (collectively, "Defendants") respectfully request that the Court take judicial notice of the following document in support of its Reply to Plaintiff's Opposition to Motion to Dismiss Complaint filed concurrently herewith:

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT

1. A Rescission of Notice of Default recorded on March 8, 2022, in the Kern County Recorder's Office bearing instrument number 222036105, a true and correct copy of which is attached hereto as **Exhibit "1."**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | WRIGHT, FINLAY & ZAK, LLP |
| Dated: May 23, 2022 | By: */s/ Lukasz I. Wozniak*<br>Lukasz I. Wozniak, Esq.,<br>Attorneys for Defendants,<br>PHH MORTGAGE CORPORATION and WESTERN PROGRESSIVE, LLC |

EXHIBIT 1

Jon Lifquist, Assessor-Recorder
Kern County Official Records

TP
3/08/2022
08:00 AM

T.S. No.: 2020-00752-CA

APN No.: 495-380-10-00

**RECORDING REQUESTED BY:**
Premium Title of California

Recorded Electronically by:
550  Premium Title of California

DOC #: 222036105


222036105

| Stat Types: 1 | Pages: 1 |
| --- | --- |
| FEES | 23.00 |
| TAXES | .00 |
| OTHER | 75.00 |
| PAID | 98.00 |

**AND WHEN RECORDED MAIL TO**
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

T.S. No.: **2020-00752-CA**

# NOTICE OF RESCISSION OF NOTICE OF DEFAULT

**NOTICE IS HEREBY GIVEN**: That **Western Progressive, LLC** is duly appointed Trustee under a Deed of Trust dated **10/19/2005**, executed by **Amalia Necer, a married woman as her sole and separate property** , as Trustor, to secure certain obligations in favor of **IndyMac bank, F.S.B., a Federally Chartered Savings Bank, as Lender Mortgage Electronic Registration Systems, Inc. as beneficiary,** as Beneficiary, recorded **10/31/2005 as Instrument No.0205301586**,in book ---, page ---, , of Official Records in the Office of the Recorder of **Kern** County, **California** describing land therein as more fully described on the above referenced deed of trust.

Notice is hereby given by this document that the Beneficiary and/or Trustee does hereby rescind, cancel and withdraw the Notice of Default and Election to Sell. It is the intention of the Beneficiary that the above-described Deed of Trust and all obligations secured thereby shall remain in full force and effect and maintain its rightful priority as if said Notice of Default and Election to Sell had not been recorded.

Said Notice of Default and Election to Sell was recorded on **03/23/2020** in the office of the Recorder of **Kern** County, **California**, Instrument No. **220038002**, in Book ---, Page---, of Official Records.

Dated: March 3, 2022

Western Progressive, LLC, as Trustee

By: _____
Iman Walcott, Trustee Sale Assistant

Version 1.1 CA NOR 0217

Page 1 of 1

# PROOF OF SERVICE

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On May 23, 2022, I served the within **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINITFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT** on all interested parties in this action as follows:

[ ]   by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mark Gomez, Esq.
Susan M. Murphy, Esq.
GOMEZ LAW APC
3055 Wilshire Blvd, Suite 550
Los Angeles, CA 90010,
sm@gomezlawLA.com
info@gomezlawLA.com
Attorney for Amalia Necer

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2022, at Newport Beach, California.


Jovete Elguira

1