UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA NECER,<br><br>        Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION., *et al*.<br><br>        Defendants. | Case No. 1:21-cv-01730-JLT-CDB<br><br>ORDER HOLDING MOTION TO DISMISS IN ABEYANCE<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT<br><br>(Doc. 20) |

On December 6, 2021, Plaintiff Amalia Necer ("Plaintiff") filed a complaint against Defendants PHH Mortgage Corporation and Western Progressive LLC ("Defendants"). (Doc. 1). On January 19, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 20). On February 14, 2022, Plaintiff filed an opposition to Defendants' motion to dismiss and Defendants filed a reply on May 23, 2022. (Docs. 22, 26).

At the parties' request, this Court entered an order setting the matter for a settlement conference and convened for a pre-settlement conference on February 8, 2023. (Docs. 33, 34, 36). Following discussion among the parties, Defendants expressed willingness to extend to Plaintiff a trial loan payment plan and the Court ordered Plaintiff to submit a loan modification application to Defendant PHH Mortgage Corporation ("PHH"). (Doc. 36). Plaintiff submitted a loan modification application to PHH on February 14, 2023. (Doc. 38 p. 2). On March 15, 2023, PHH "offered Plaintiff a Trial Payment Plan under PHH Mortgage Services Modification Plan." *Id*.

Plaintiff noted she cannot evaluate a proffered modification without knowing the full terms. *Id*. Both parties stipulated to having the assigned magistrate judge rule on Defendants' motion to dismiss. *Id*. at 2-3. On March 24, 2023, the Honorable District Judge Jennifer L. Thurston referred Defendants' motion to dismiss to the undersigned. (Docs. 40, 41).

On April 20, 2023, the Court received from the parties' counsel an email reflecting that Plaintiff had received a trial payment plan with proposed terms Plaintiff found acceptable. (*See* Exhibit A, attached hereto). Plaintiff indicates she has already made the first trial payment in connected with the trial payment plan and that the parties are "looking to settle the rest of the case if possible once the final loan modification is signed after three-month trial period." (See Attachment). The Court construes the parties' email as a request to stay consideration of the pending motion to dismiss.

Accordingly, in light of Plaintiff's *ex parte* representations, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' motion to dismiss (Doc. 20) shall be held in ABEYANACE; and
2. The parties shall file a joint status report on or before August 1, 2023, addressing the posture of the parties' trial payment plan and setting forth how the parties intend to proceed with this action.

IT IS SO ORDERED.

Dated:   **April 21, 2023**                           _____
                                                      UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

| | |
|---|---|
| **From:** | Susan Murphy |
| **To:** | Lukasz I. Wozniak |
| **Cc:** | Guadalupe Marin; Susan Hall |
| **Subject:** | RE: Necer v. PHH - Case # 121-cv-01730 NONE JLT |
| **Date:** | Thursday, April 20, 2023 9:34:17 AM |
| **Attachments:** | image002.png<br>image004.png<br>image006.png |

**CAUTION - EXTERNAL:**

Ms. Hall,

The last time we had a status conference with Judge Baker we said we would continue to try to find an acceptable loan modification for Ms. Necer to accept knowing that this would affect our settlement negotiations.  At that time, Counsel Wozniak had only provided a trial payment plan (TPP) with three trial payment amounts *without* the terms being provided which I advised my client not to accept without further clarification of the terms such as principal balance, interest rate and period of amortization.  Although the terms were not included in a formal modification offer, Counsel Wozniak did subsequently provide me with proposed terms which both my client and I found acceptable, and which was sufficient enough for me to advise my client to accept the TPP and start making payments.  As of yesterday, she made the first trial payment.

Both Counsel Wozniak and I believe that Judge Baker would want to be informed of this.  We are obviously looking to settle the rest of the case if possible once the final loan modification is signed after the three-month trial period.



**Susan M. Murphy**
**Senior Trial Attorney at Gomez Law, APC**
**3250 Wilshire Blvd. Suite 1901**
**Los Angeles, CA  90010**

P. (855) 219-3333  F. (818) 574- 6730
sm@gomezlawla.com
www.gomezlawla.com

 

**CONFIDENTIALITY NOTICE** This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Lukasz I. Wozniak <lwozniak@wrightlegal.net>
**Sent:** Thursday, April 20, 2023 8:14 AM
**To:** Susan Murphy <SM@gomezlawla.com>
**Cc:** Guadalupe Marin <GM@gomezlawla.com>
**Subject:** RE: Necer v. PHH - Case # 121-cv-01730 NONE JLT

Thanks Susan!

I guess we should inform the magistrate judge that your client accepted the TPP.

Luke Wozniak, Esq.
Partner
*Admitted to practice in AZ, CA, HI, MT, NM, NV, OR, and WA*



4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Fax (949) 608-9142
Main (949) 477-5050

**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, New Mexico, Montana, Hawaii, Idaho, and South Dakota**





For escalated communications on matters, please contact Robert Finlay at rfinlay@wrightlegal.net and (949) 477-5056.

PLEASE BE ADVISED THAT THIS FIRM MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. **IF YOU ARE A CONSUMER AND WISH TO OPT OUT OF EMAIL COMMUNICATIONS REGARDING YOUR DEBT, PLEASE REPLY TO THIS EMAIL WITH "OPT OUT."**

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank you.

---

**From:** Susan Murphy <SM@gomezlawla.com>
**Sent:** Wednesday, April 19, 2023 6:00 PM

**To:** Lukasz I. Wozniak <lwozniak@wrightlegal.net>
**Cc:** Guadalupe Marin <GM@gomezlawla.com>
**Subject:** Necer v. PHH - Case # 121-cv-01730 NONE JLT

Lukasz,
Loan modification signed and delivered along with check.



**Susan M. Murphy**
**Senior Trial Attorney at Gomez Law, APC**
**3250 Wilshire Blvd. Suite 1901**
**Los Angeles, CA  90010**
P. (855) 219-3333  F. (818) 574- 6730
sm@gomezlawla.com
www.gomezlawla.com

 

**CONFIDENTIALITY NOTICE** This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[EXTERNAL This email originated outside the network. Please use caution when opening any attachments or responding to it.]
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.