UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA NECER,<br><br>        Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION., *et al*.<br><br>        Defendants. | Case No. 1:21-cv-01730-JLT-CDB<br><br>ORDER RE: JOINT STATUS REPORT<br><br>(Doc. 44) |

On December 6, 2021, Plaintiff Amalia Necer ("Plaintiff") filed a complaint against Defendants PHH Mortgage Corporation ("PHH") and Western Progressive LLC ("Defendants"). (Doc. 1). On January 19, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 20). On February 14, 2022, Plaintiff filed an opposition to Defendants' motion to dismiss and Defendants filed a reply on May 23, 2022. (Docs. 22, 26).

Thereafter, Defendants extended to Plaintiff a trial loan payment plan with proposed terms Plaintiff found acceptable. (Doc. 43 at Ex. A). On April 21, 2023, the Court issued an order holding Defendant's motion to dismiss (Doc. 20) in abeyance and requiring the parties to file a joint status report on or before August 1, 2023, of the posture of this case. (Doc. 43 at 2).

On August 1, 2023, the parties filed a joint status report in compliance with the Court's order. (Doc. 44). The parties report Plaintiff has already made the first payment on the modification and is awaiting a copy of the modification returned to her signed by Defendant PHH.

*Id*. at 2-3. The parties note it will take 30 days to execute the document and return it to Plaintiff. *Id*. at 3. The parties state once Plaintiff receives her signed copy of the modification, the parties intend to engage in private settlement discussions. *Id*. Further, the parties report "[s]hould these discussions prove unsuccessful, the parties will request the Court to set a mediation session." *Id*. Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The parties shall file a joint status report on or before October 17, 2023, addressing the status of settlement discussions. In their report, the parties shall indicate whether they want the Court to set a mediation session before an unassigned magistrate judge; and

2. The Motion to Dismiss (Doc. 20) shall continue to be held in ABEYANCE.

IT IS SO ORDERED.

Dated: **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE